# EXHIBIT B




**Welcome to Gift Works Plus!**   My Account | My Wishlist | My Cart | Checkout | Blog | Log In

**The Leader in Custom Frames!**
**Personalize it Your Way!**

Got Questions? Give us a call at **888-456-9878**

Search

(0) Items in Cart

Destinations | Armed Services | Sports | Wedding | Pets | Names | School | Family | Mattes | Variety | Blog

**Home / Become an Affiliate**

*With personalized picture frames for every season of life,*
*becoming a GiftWorksPlus affiliate is fun and profitable!*

No doubt, you've looked around our GiftWorksPlus site and discovered that we have hundreds of personalized, custom picture frames and an ever-expanding product line. We've become the experts in "framing" special life moments and adding a very personalized, unique touch to gift giving.

Becoming a GiftWorksPlus affiliate is a very fun and profitable opportunity! With personalized picture frames for virtually every occasion, our unique product line enjoys a year-round demand - creating great commission potential for our affiliates. Customer appeal and appreciation is also generated by our natural line of gift products and personalized engraved picture frames – all proudly produced with quality within the U.S.

Along with the advantage of a high-interest, wide-ranging product-line, our GiftWorksPlus affiliates benefit from an easy streamlined affiliate program. It's basically as simple as just recommending our GiftWorksPlus personalized wooden frames and unique gifts to others – we provide everything you need to start earning 15% commission on every sale.

It's simple from start to commission check! **Just click here to join our Affiliate Program.** You'll receive an email with your affiliate code and lots of creative affiliate banners linked to your affiliate code as well.

Then just think of family, friends, neighbors, coworkers, etc. that would enjoy the creative GiftWorksPlus line of engraved picture frames and personalized gifts. When someone within your circle of friends and family makes a GiftWorksPlus purchase through your affiliate link, you'll earn 15% commission on their purchase. (Even if one of your friends or family members goes directly to GiftWorksPlus up to 120 days later and purchases, our affiliate program will recognize the purchase as part of your affiliate program and you'll receive a commission!)

Sign up and start earning money while helping others "frame" their important moments in life and capture the events that make life meaningful with our GiftWorksPlus line of custom personalized picture frames and gifts!



Become an Affiliate | About Us | Testimonials | FAQ | Site Map | Search Terms | Advanced Search | Wholesale | Contact Us

GiftWorksPlus.com
888-456-9878
N15 W22218 Watertown Rd.
Waukesha, WI 53186
Copyright © 2016


Credit Card Merchant



Theft of intellectual property is a crime. All items and designs on this website are owned and may only be used by GiftWorksPlus. Copyright 2015.
Powered by : Brandography

Please note: All coupons and discount codes apply only to regular retail pricing and do not apply to wholesale prices.

