# EXHIBIT E

CASE 0:16-cv-00359-PJS-BRT   Document 1-5   Filed 02/12/16   Page 1 of 2

