# EXHIBIT F

 Etsy :: About legacyimages

| Search for items or shops | Search | | Sell on Etsy | Register | Sign in |  Cart |

Clothing & Accessories   Jewelry   Craft Supplies & Tools   Weddings   Entertainment   Home & Living   Kids & Baby   Vintage

Home › legacyimages › About

### Shop Sections

Shop home 238 items

Anniversary Wedding Gift 17

Family & Friends Frames 30

Hobbies Picture Frames 15

Name Frames & Ornaments 43

Occupation Military Gift 26

Pet Lover Gifts 34

School & Graduation Gift 10

Sports Picture Frames 20

States & Travel Frames 20

Other Unique Gift Ideas 15



**legacyimages**
Personalized Engraved Picture Frames & Gifts

♡ Favorite     👍 Like 568    Follow 85 followers



Our booth at a show

● ● ● ● ● ●

### Shop Owner



**Paul Catlin**
Westfield, Indiana,
United States

**Have a question?**
Contact the shop owner.

**Need a custom order?**
Request Custom Order

### Shop Info



📷 legacyimages
Opened on Feb 20, 2012

About

Shop updates (6)

Policies

Seller Information

Reviews
⭐⭐⭐⭐⭐ (132)

664 sales

347 admirers

## About Us

Legacy Images was started in early 2004 by Paul and Jane Catlin. They wanted to generate products to help people create a legacy for future generations. With a big family of their own, they wanted to help not only their family, but other families as well. The products they began selling were laser engraved and sublimated items.

Then, in early 2005, Legacy Images began selling Legacy Frames, which has been a great addition on the product line and main selling items since. We take your words/designs/ideas and create unique, one of a kind frames. Each picture frame matte is stained to bring out the natural beauty of the wood.

In 2012, we opened our Etsy shop to reach more people, like you. We enjoy being part of this community, connecting with new people and getting to make frames for people all over the world.

Also in 2012, they started a ministry through their church called Legacy Ministries. Through this ministry, Paul takes his laser to children's hospitals around Indiana making Name Frames for each child staying in the hospital. It has been such a blessing to bring a smile to the families

 **Paul Catlin**
Owner, Maker, Designer

I started Legacy Images in 2004. I wanted to help people preserve memories for future generations.

I am married to my beautiful wife, Jane. We have 5 kids, 4 kids-in-law & 10 grands. We are retired teachers & enjoy spending more time with them.

 **Cara Retz**
Customer Service, Shipper, Photographer

**Todd Catlin**
Designer

### Related Links

Facebook

**Actions**

 Add to favorites

See who favorites this

Report this shop to Etsy

going through such a rough time.

Paul works out of their home in a remodeled barn in Westfield, Indiana.

Paul and Jane are both retired school teachers. Paul taught printing & drafting at the high school level for most of is 20 years, then industrial arts at the middle school level for 10 years. Jane taught for 25 years in the 3rd grade classroom.

Paul and Jane have 5 children (2 of which help out with the business) and 10 grandchildren (a few of which help out when they aren't in school). They are puppy raisers for Leader Dogs for the Blind.

Pinterest
Shop Website
Twitter
Instagram

### Featured listings from legacyimages






| 11x14 All Gave Some, Some... | 11x14 Our Family Picture Fr... | 5x7 Personalized Picture Fra... | 5x7 My Beloved Picture Frame |
| legacyimages $36.95 USD | legacyimages $38.95 USD | legacyimages $20.95 USD | legacyimages $17.95 USD |

Get top trends and fresh editors' picks in your inbox with Etsy Finds.

[Enter your email]   **Subscribe**

**Turn your passion into a business**

Open a shop

**Sell on Etsy**

Seller Handbook
Etsy credit card reader
Manufacturing

**Join the community**

Teams
Forums
Upcoming events
Affiliates

**Discover and shop**

Gift cards
Blog
Tastemakers
Mobile apps
Gift registries
Wholesale
Search
Editors' Picks

**Get to know us**

About
Policies
Careers
Press
Developers
Investors

**Follow Etsy**

Facebook
Twitter
Pinterest
Instagram

United States   English (US)   $ USD    **Help**

© 2016 Etsy, Inc.   Legal   Privacy   Interest-based ads