# EXHIBIT H

 **Welcome to Legacy Images, LLC**


Name Frames

Product 1/12

( prev ) ( listing ) ( next )


larger image

## 11x14 1-18 Years Frame
### $42.95

My Story Begins.....

See the progression of your little one growing up before your eyes in this beautiful frame. Featuring an opening of each year, this will be a fun way to see how they grow and change from birth through age 18. Makes a great birthday gift for new parents or grandparents.

My Story Begins is engraved above the large opening at the top with the date cut out. The child's name is cut out in the large opening at the bottom.

Size:
-11x14 holds 19 pictures of various size

Frame Color:
-Black
-Oak

Using a computer, each matte is carefully designed to meet your needs and wants, then laser cut from a piece of oak plywood that has been stained with a clear finish to bring out to beauty of the wood.

Each matte comes with a frame for easy displaying on the wall, shelf, table, mantel, desk, etc.

*****Please note in comment to seller upon checkout the name and birth date. We are not responsible for misspellings due to customer error.*****

- Shipping Weight: 3lbs

Add to Cart: [ 1 ]



**Please Choose:**

**Frame Style**  [ Black ▼ ]

## Separate names with commas

**Name(s)** [                    ]

**Date** [                    ]

This product was added to our catalog on Tuesday 07 April, 2015.

TEXT_YOUR_IP_ADDRESS 67.51.122.18
Copyright © 2016 Legacy Images, LLC. Powered by Zen Cart