# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **DANIEL BOYCE** and <br><br>**CLASSY CRAFT, INC. d/b/a CLASSY CRAFTS INC.** <br><br>Plaintiffs, <br><br>v. <br><br>**STUDIO SELECT INC. d/b/a FRAMEWORKS;** <br><br>**KARLA JORDAN d/b/a GIFTWORKSPLUS;** <br><br>**DENNIS GUSTAFSON;** and <br><br>**LEGACY IMAGES, LLC** <br><br>Defendants. | Civ. Action No. 0:16-cv-359 (PJS/BRT) <br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (c), Plaintiffs Daniel Boyce and Classy Craft, Inc., and Defendants Studio Select Inc., Karla Jordan, and Dennis Gustafson, hereby stipulate and jointly move for an order dismissing all claims and counterclaims between them in the above-captioned matter WITH PREJUDICE, with each party to bear its own cost, expenses and attorneys' fees.

# STIPULATION OF DISMISSAL WITH PREJUDICE

**STIPULATED AND AGREED**  Dated: November 7, 2016

| | |
|---|---|
| KINNEY & LANGE, P.A. | HINSHAW & CULBERTSON LLP |
| s/Nicholas Peterka | s/M. Annie Santos |
| Nicholas J. Peterka (No. 396,653) | Jane C Schlicht (No. 1000012) |
| The Kinney & Lange Building | Russell A Klingaman, (1000676) |
| 312 South Third Street | 100 East Wisconsin Avenue |
| Minneapolis, MN 55415-1002 | Suite 2600 |
| Email: kinneylit@kinney.com | Milwaukee, WI 53202 |
| azuege@kinney.com | Email: jschlicht@hinshawlaw.com |
| npeterka@kinney.com | rklingaman@hinshawlaw.com |
| Telephone: (612) 339-1863 | Telephone: (414) 276-6464 |
| Facsimile: (612) 339-6580 | Facsimile: (414) 276-9220 |
| WESTMAN, CHAMPLIN, & KOEHLER, P.A. | M. Annie Santos (No. 389206) |
| | 333 South Seventh Street |
| | Suite 2000 |
| Austen P. Zuege (No. 330,267) | Minneapolis, MN 55402 |
| 900 Second Avenue South | Email: asantos@hinshawlaw.com |
| Suite 1400 | Telephone: (612) 333-3434 |
| Minneapolis, MN 55402 | Facsimile: (612) 334-8888 |
| Email: azuege@wck.com | |
| Telephone: (612) 330-0585 | |
| **ATTORNEYS FOR PLAINTIFFS DANIEL BOYCE AND CLASSY CRAFT, INC.** | **ATTORNEYS FOR DEFENDANTS STUDIO SELECT INC., KARLA JORDAN, AND DENNIS GUSTAFSON** |